# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>SCOTT RICHARD FEIDEN,<br><br>Defendant. | CR 03-41-GF-BMM<br><br>**ORDER** |

Defendant has moved for an early termination of his supervised release. The Government does not oppose the motion. (Doc. 71 at 1). Defendant's probation officer takes no position on the motion. (Doc. 71 at 2). The Court conducted a hearing on the motion on August 23, 2017.

Defendant pleaded guilty to Conspiracy to Distribute Methamphetamine on September 24, 2003. Defendant was sentenced to 200 months of custody followed by three years of supervised release. (Docs. 41, 42). Defendant filed a motion for reduction of sentence under 18 U.S.C. § 3582 and the retroactive Amendment 782 on March 9, 2015. (Doc. 58). The Court issued an Amended Judgment on May 20, 2015, reducing Defendant's custodial sentence from 200 months to 168 months. (Doc. 64). Defendant began supervised release on October 30, 2015. (Doc. 72 at 2).

The record reflects that Defendant has complied with his supervised release

conditions. (Doc. 72 at 3). The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 71) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 28th day of August, 2017.

_____
Brian Morris
United States District Court Judge